1

2

3

4

5

6

7

8

9

10

11

12

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RONNIE LEE HICKS II,

                    Plaintiff,

        v.

WILLIAM WOEHL, et al.,

                    Defendants.

CASE NO. C19-5893 BHS-JRC

ORDER TO SHOW CAUSE

13      This matter comes before the Court on the Report and Recommendation ("R&R")

14  of the Honorable J. Richard Creatura, United States Magistrate Judge, Dkt. 23, and

15  Defendants Ryan Tisino, William Woehl, and Clinton Wyatt's ("Defendants") objections

16  to the R&R, Dkt. 24.

17      On February 25, 2020, Judge Creatura issued the R&R recommending that the

18  Court grant in part and deny in part Defendants' motion to dismiss.  Dkt. 23.  On March

19  10, 2020, Defendants filed objections arguing that Plaintiff Ronnie Hicks's ("Hicks")

20  failure to respond to the motion to dismiss should result in dismissal without prejudice

21  and that Judge Creatura committed error in addressing the merits.  Dkt. 24.  Hicks failed

22  to respond to either the R&R or Defendants' objections.

ORDER - 1

1    The Court concludes that there is no need to address the merits until Hicks

2  indicates that he is willing to continue to prosecute this matter. *See Odom v. Slouthower*,

3  No. 17-5800RBL-TLF, 2018 WL 1509044, at *2 (W.D. Wash. Mar. 27, 2018) ("The

4  Court's resources are limited and are best spent on cases with a strong chance of resulting

5  in relief."). Therefore, the Court orders Hicks to show cause why his complaint should

6  not be dismissed without prejudice for failure to oppose Defendants' motion or otherwise

7  respond. Hicks may show cause no later than June 26, 2020. Failure to show adequate

8  cause or otherwise respond will result in **DISMISSAL without prejudice**.

9    **IT IS SO ORDERED**.

10    Dated this 10th day of June, 2020.

11

12

13    BENJAMIN H. SETTLE
     United States District Judge

14

15

16

17

18

19

20

21

22

ORDER - 2