UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RONNIE LEE HICKS II, <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM WOEHL, et al., <br><br> Defendants. | CASE NO. C19-5893 BHS-JRC <br><br> ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge, Dkt. 23, and Defendants Ryan Tisino, William Woehl, and Clinton Wyatt's ("Defendants") objections to the R&R, Dkt. 24.

On February 25, 2020, Judge Creatura issued the R&R recommending that the Court grant in part and deny in part Defendants' motion to dismiss. Dkt. 23. On March 10, 2020, Defendants filed objections arguing that Plaintiff Ronnie Hicks's ("Hicks") failure to respond to the motion to dismiss should result in dismissal without prejudice and that Judge Creatura committed error in addressing the merits. Dkt. 24. Hicks failed to respond to either the R&R or Defendants' objections.

ORDER - 1

1   On June 10, 2020, the Court issued an order to show cause requiring Hicks to indicate his desire to prosecute this matter or face dismissal. Dkt. 25. As of today's date, Hicks has not responded. Therefore, the Court **DISMISSES** Hicks's complaint without prejudice for failure to prosecute and **REVOKES** Hicks's *in forma pauperis* status for purposes of appeal. The Clerk shall terminate all pending motions and close this case.

**IT IS SO ORDERED**.

Dated this 10th day of July, 2020.

BENJAMIN H. SETTLE
United States District Judge